AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE           DISTRICT OF            PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

            v.                                              CASE NUMBER: 99-299(PG)

**ESPINOSA-BABILONIA, ET AL**


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Sonia Torres and David Rivera be terminated.


March 7, 2005                              /s/ Aramis G. Ríos
*Date*                                     *Signature*

                                            *ARAMIS G. RIOS, AUSA*
                                            *Print Name*

                                            *Suite 1201, Torre Chardon,*
                                            *350 Carlos Chardon Street*
                                            *Hato Rey, Puerto Rico 00918*
                                            *Address*

                                            *(787) 766-5656*
                                            Phone Number
                                            *aramis.rios@usdoj.gov*
                                            E-mail Address

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date March 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

        /s/ Aramis G. Ríos
        ARAMIS G. RIOS, AUSA
        Torre Chardón, Suite 1201
        350 Carlos Chardón Avenue
        Hato Rey, Puerto Rico 00918
        (787) 766-5656
        E-mail Address: aramis.rios@usdoj.gov