AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE　　　DISTRICT OF　　　PUERTO RICO

UNITED STATES OF AMERICA,　　　　　　　　**APPEARANCE**

　　　　　　v.　　　　　　　　　　　CRIMINAL NO. 99-299(PG)

BENJAMIN BERMUDEZ-ANDINO

To the Clerk of this court and all parties of record:

　　　Enter my appearance as **counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

　　　　　　　　　　　　　　　　S/Juan E. Milanes
　　　　　　　　　　　　　　　　*USDC No.*
　　　　　　　　　　　　　　　　*Torre Chardon, Suite 1201*
　　　　　　　　　　　　　　　　*350 Carlos Chardon Street*
　　　　　　　　　　　　　　　　*San Juan, Puerto Rico 00918*
　　　　　　　　　　　　　　　　*Tel: (787) 766-5656*
　　　　　　　　　　　　　　　　*Fax: (787)766-6222*
　　　　　　　　　　　　　　　　*Email: juan.milanes@usdoj.gov*

　　　　　　　　　　　　　　　　*Dated: August 8, 2006*

Notice of Appearance
Page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

At San Juan, Puerto Rico this 8th day of August, 2006

S/ *Juan E. Milanes*
Attorney for Plaintiff