AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **APPEARANCE** |
| v. | MAGISTRATE NO. 99-299(PG) |
| ALEX MORALES-CRUZ | |

To the Clerk of this court and all parties of record:

    Enter my appearance as **COUNSEL** in this case for the United States of America.

Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated

                                                            S/Charles Walsh
                                                             Charles Walsh
                                                              Assistant U.S. Attorney
                                                              Torre Chardon, Suite 1201
                                                              350 Carlos Chardon Street
                                                              San Juan, Puerto Rico 00918
                                                              Tel: (787) 766-5656
                                                              Fax: (787)766-6222
                                                             Email: charles.walsh@usdoj.gov
                                                             Dated:May 20, 2008

**Notice of Appearance**
Page 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

     At San Juan, Puerto Rico this 20th day of May, 2008.

     S/*Charles Walsh*
     Assistant U.S. Attorney